IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> A&Z BABY STORE, et al., <br><br> Defendants. | Case No. 18-cv-05866 <br><br> **Judge Charles P. Kocoras** <br><br> **Magistrate Judge Sidney I. Schenkier** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Levi Strauss & Co. ("LS&Co."), hereby dismisses this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Oh Oh baby Store | 26 |
| CoCo123 Store | 54 |
| Girl's Online Store | 62 |
| Ms Advanced Customization Store | 78 |
| shuoshuomei Store | 96 |
| yaya baby store | 113 |

Dated this 24th day of May 2019.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*